# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand twenty,

_____

Carol Williams Black,

                Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Chad F. Wolf, in his official capacity as Acting Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

                Respondents - Appellants.

_____

**ORDER**

Docket No: 20-3224

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 5, 2021 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before January 5, 2021. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court