# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of June, two thousand twenty-one.

Before:     Steven J. Menashi,
              *Circuit Judge*.

Carol Williams Black,

    *Petitioner-Appellee*,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, et al.,

    *Respondents-Appellants*.

**ORDER**

20-3224

Petitioner moves to dismiss this appeal as moot. Upon due consideration, it is hereby ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal. Petitioner is directed to designate a new filing deadline for his merits brief within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court