UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand twenty-one,

Carol Williams Black,

    Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

    Respondents - Appellants.

**ORDER**
Docket No: 20-3224

Counsel for APPELLEE Carol Williams Black has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 22, 2021 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before July 22, 2021.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court