# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-one.

Before:      William J. Nardini,
                   *Circuit Judge.*

Carol Williams Black,

    Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

    Respondents - Appellants.

**ORDER**

Docket No. 20-3224

    The Petitioner-Appellee seeks to hold this appeal in abeyance pending the Court's decision in *Gutierrez v. Decker*, 2d Cir. Docket No. 20-2781. The Government opposes the motion.

    IT IS HEREBY ORDERED that the motion is DENIED. Among other things, the Petitioner-Appellee has offered no explanation for having waited until three days before the briefing deadline to move to hold the appeal in abeyance. Accordingly, the Petitioner-Appellee is ordered to file the responsive brief no later than August 10, 2021.

                                             For the Court:
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

