# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-one.

| | |
|---|---|
| Carol Williams Black, | **ORDER** |
| Petitioner - Appellee, | Docket No. 20-3224 |
| v. | |
| Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York, | |
| Respondents - Appellants. | |

*Amicus curiae* New York Civil Liberties Union moves for leave to appear at oral argument and be allotted 10 minutes of argument time. The parties consent to this request.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

