# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-one.

| | |
|---|---|
| Carol Williams Black, | **ORDER** |
|     Petitioner - Appellee, | Docket No. 20-3224 |
| v. | |
| Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York, | |
|     Respondents - Appellants. | |

    *Amicus curiae* New York Civil Liberties Union Foundation moves for leave to file a letter pursuant to Fed. R. App. P. 28(j). The motion is unopposed.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court