# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty one,

Carol Williams Black,

    Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

    Respondents - Appellants.

**ORDER**
Docket No. 20-3224

Amicus Curiae moves for leave to participate in oral argument set for Wednesday, January 12, 2022.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court