# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty one,

Carol Williams Black,

 Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

 Respondents - Appellants.

**ORDER**
Docket No. 20-3224

Appellee moves to dismiss the appeal as moot considering the petitioner has been released from detention.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court