# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty one,

Carol Williams Black,

  Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

  Respondents - Appellants.

**ORDER**
Docket No. 20-3224

  It is hereby ORDERED that argument in this appeal be adjourned and this appeal be held in abeyance pending the decision of this Court in *Gutierrez v. Garland*, No. 20-2781-pr. It is further ORDERED that twenty days after the opinion in *Gutierrez* issues, each party shall submit a letter brief, not to exceed ten double-spaced pages, limited to the issue of how *Gutierrez* applies to this case.

  For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court