# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of October, two thousand twenty-two.

_____

Carol Williams Black,

           Petitioner - Appellee,

           v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

           Respondents - Appellants.

**ORDER**
No. 20-3224

_____

    In light of this Court's dismissal of *Gutierrez v. Garland*, No. 20-2781-pr, as moot, it is ORDERED that this Court's order of December 16, 2021, which held this appeal in abeyance and directed the parties to submit a letter brief on the issue of how *Gutierrez* applies to this case twenty days after the opinion in *Gutierrez* issues, is rescinded. It is ORDERED that this appeal shall be reinstated, and oral argument scheduled. The Clerk of Court is directed to schedule argument promptly.

                        FOR THE COURT:

                        Catherine O'Hagan Wolfe, Clerk