# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-two.

Before:     Rosemary S. Pooler,
               *Circuit Judge,*
_____

Carol Williams Black,

       Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York,

       Respondents - Appellants.
_____

**ORDER**

Docket No. 20-3224

Keisy Guerrero Mariano,

       Petitioner - Appellant,

v.

Thomas Decker, New York Field Office Director for U.S. Immigration and Customs Enforcement, Merrick B. Garland, United States Attorney General, Alejandro Mayorkas,

       Respondents - Appellees,

David L. Neil,

       Defendant - Appellee.
_____

Docket No. 22-70

The Government requests that the Court hear *Black v. Decker* (No. 20-3224) in tandem with *Guerrero Mariano v. Decker* (No. 22-70).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court