# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand twenty two,

_____

| | |
|---|---|
| Keisy Guerrero Mariano, | **ORDER** |
| Petitioner - Appellant, | Docket No. 22-70 |
| v. | |
| Thomas Decker, New York Field Office Director for U.S. Immigration and Customs Enforcement, Merrick B. Garland, United States Attorney General, Alejandro Mayorkas, | |
| Respondents - Appellees, | |
| David L. Neil, | |
| Defendant - Appellee. | |

_____

_____

| | |
|---|---|
| Carol Williams Black, | |
| | Docket No. 20-3224 |
| Petitioner - Appellee, | |
| v. | |
| Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Carl E. Dubois, in his official capacity as Sheriff of Orange County, New York, | |
| Respondents - Appellants. | |

_____

      IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Thursday, December 8, 2022, is ADJOURNED.

      Oral argument will be rescheduled at a later date.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court