# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-four.

Before:     Susan L. Carney,
                     *Circuit Judge.*

_____

Carol Williams Black,

       Petitioner - Appellee,                        **ORDER**

v.                                                                        Docket No. 20-3224

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Paul Arteta, in his official capacity as Sheriff of Orange County, New York,

       Respondents - Appellants.
_____
_____

Keisy G. M.,

       Petitioner - Appellant,                       Docket No. 22-70

v.

Thomas Decker, New York Field Office Director for U.S. Immigration and Customs Enforcement, Merrick B. Garland, United States Attorney General, Alejandro Mayorkas,

       Respondents - Appellees,

David L. Neil,

       Defendant - Appellee.
_____

The Government moves for a 45-day extension, until August 29, 2024, to file a petition for rehearing or rehearing *en banc* in the above-captioned appeals.

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court