# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-four.

Before:   Susan L. Carney
      *Circuit Judge.*

_____

Carol Williams Black,

  *Petitioner - Appellee*,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Paul Arteta, in his official capacity as Sheriff of Orange County, New York,

  *Respondents - Appellants*.

_____

**ORDER**

Docket No. 20-3224

  Respondents-Appellants move for a 45-day extension to file a petition for rehearing or rehearing en banc, until September 30, 2024. The motion is unopposed.

  IT IS HEREBY ORDERED that the motion is GRANTED.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court