# UNITED STATES COURT OF APPEALS
# FOR THE
# SECONDCIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand twenty-four.

Before:     Susan L. Carney,
                *Circuit Judge.*

---

Carol Williams Black,

    Petitioner - Appellee,

v.

Director Thomas Decker, et al.,

    Respondents - Appellants.

**ORDER**

Docket No. 20-3224

---

Keisy G. M.,

    Petitioner - Appellant,

v.

Thomas Decker, et al.,

    Respondents - Appellees,

David L. Neil,

    Defendant - Appellee.

Docket No. 22-70

---

    The Government moves for a 30-day extension of time until October 30, 2024 to file a petition for rehearing.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

