# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-four.

Before:     Susan L. Carney,
                  *Circuit Judge.*

---

Carol Williams Black,

    Petitioner - Appellee,

v.

Director Thomas Decker, et al.,

    Respondents - Appellants.

---

Keisy G. M.,

    Petitioner - Appellant,

v.

Thomas Decker, et al.,

    Respondents - Appellees,

David L. Neil,

    Defendant - Appellee.

---

**ORDER**

Docket No. 20-3224

Docket No. 22-70

The Government moves for an extension of time until November 20, 2024 to file a petition for rehearing.

IT IS HEREBY ORDERED that the motion is GRANTED.

                      For the Court:
                      Catherine O'Hagan Wolfe,
                      Clerk of Court

