# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of January, two thousand twenty-five.

Before:     Denny Chin,
               Susan L. Carney,
                    *Circuit Judges*.*

_____

Carol Williams Black,

        Petitioner - Appellee,

v.

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, Sheriff Paul Arteta, in his official capacity as Sheriff of Orange County, New York,

        Respondents - Appellants.

Keisy G. M.,

        Petitioner - Appellant,

v.

Thomas Decker, New York Field Office Director for U.S. Immigration and Customs Enforcement, Merrick B. Garland, United States Attorney General, Alejandro Mayorkas,

        Respondents - Appellees,

David L. Neil,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 20-3224

Docket No. 22-70

 *Circuit Judge Rosemary S. Pooler, originally a member of this panel, passed away on August 10, 2023. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b).

Respondents and Defendant David L. Neil filed a petition for rehearing en banc in these tandem appeals on November 21, 2024.

IT IS HEREBY ORDERED that Petitioner's counsel in each appeal, including the New York Civil Liberties Union on behalf of Carol Williams Black, file a response to the petition by February 6, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court