# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-five,

Before:      Susan L. Carney,
                   *Circuit Judge,*

_____

Carol Williams Black,

        Petitioner - Appellee,                          **ORDER**

v.                                                              Docket No. 20-3224

Director Thomas Decker, in his official capacity as Director of New York Field Office of U.S. Immigrations and Customs Enforcement, Kristi Noem, Secretary of U.S. Department of Homeland Security, Sheriff Paul Arteta, in his official capacity as Sheriff of Orange County, New York,

        Respondents - Appellants.[1]

_____
_____

Keisy G. M.,

        Petitioner - Appellant,                       Docket No. 22-70

v.

Thomas Decker, New York Field Office
Director for U.S. Immigration and Customs Enforcement,
James R. McHenry III, Acting Attorney General of the United States,
Kristi Noem, Secretary of U.S. Department
of Homeland Security,

        Respondents - Appellees,[2]

David L. Neil,

        Defendant - Appellee.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Kristi Noem is automatically substituted for former Secretary of the U.S. Department of Homeland Security Alejandro Mayorkas.

[2] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Acting Attorney General James R. McHenry III is automatically substituted for former Attorney General Merrick B. Garland.

Petitioners Carol Williams Black and Keisy G.M. move for a 30-day extension to March 7, 2025 to respond to the Government's petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court