20-3224
*Black v. Almodovar*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-five.

Before:
        DENNY CHIN,
        SUSAN L. CARNEY,
            *Circuit Judges.*

---

CAROL WILLIAMS BLACK,

    *Petitioner-Appellee*,

    v.                                                                                           20-3224

JUDITH ALMODOVAR, IN HER OFFICIAL CAPACITY AS ACTING DIRECTOR OF NEW YORK FIELD OFFICE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, PAUL ARTETA, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ORANGE COUNTY, NEW YORK,

    *Respondents-Appellants.*[*]

---

[*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Judith Almodovar—the current Acting Director of the New York Field Office of U.S. Customs and Immigration Enforcement—and Kristi Noem—the current Secretary of the U.S. Department of Homeland Security—are automatically substituted in the caption for their predecessors in office.

1

2

Appellants, Paul Arteta, Judith Almodovar, and Kristi Noem, having filed a petition for panel rehearing and rehearing en banc, and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition for panel rehearing is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2