# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24ᵗʰ day of October, two thousand twenty-five.

Present:

> DEBRA ANN LIVINGSTON,
> *Chief Judge,*
> RAYMOND J. LOHIER, JR.,
> RICHARD J. SULLIVAN,
> JOSEPH F. BIANCO,
> MICHAEL H. PARK,
> WILLIAM J. NARDINI,
> STEVEN J. MENASHI,
> EUNICE C. LEE,
> BETH ROBINSON,
> MYRNA PÉREZ,
> ALISON J. NATHAN,
> SARAH A. L. MERRIAM,
> MARIA ARAÚJO KAHN,
> *Circuit Judges.*[*]

_____

CAROL WILLIAMS BLACK,

    *Petitioner-Appellee,*

    v.                                      20-3224

---

[*] Judge Bianco took no part in the consideration of 22-70.

JUDITH ALMODOVAR, IN HER
OFFICIAL CAPACITY AS ACTING
DIRECTOR OF NEW YORK FIELD
OFFICE OF U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, KRISTI
NOEM, IN HER OFFICIAL CAPACITY AS
SECRETARY OF U.S. DEPARTMENT OF
HOMELAND SECURITY, PAUL ARTETA,
IN HIS OFFICIAL CAPACITY AS SHERIFF
OF ORANGE COUNTY, NEW YORK,

       *Respondents-Appellants.*

_____

KEISY G.M.,

       *Petitioner-Appellant,*

       v.                                22-70

JUDITH ALMODOVAR, IN HER
OFFICIAL CAPACITY AS ACTING
DIRECTOR OF NEW YORK FIELD
OFFICE OF U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, PAMELA J.
BONDI, IN HER OFFICIAL CAPACITY AS
UNITED STATES ATTORNEY GENERAL,
KRISTI NOEM, IN HER OFFICIAL
CAPACITY AS SECRETARY OF U.S.
DEPARTMENT OF HOMELAND
SECURITY,

       *Respondents-Appellees,*

DAVID L. NEIL,

*Defendant-Appellee.*[†]

_____

In No. 20-3224

Adedayo Idowu, Law Offices of Adedayo O. Idowu, New York, NY, *for* Carol Williams Black, *Petitioner-Appellee*.

AMY BELSHER (Guadalupe Aguirre, Terry Ding, Christopher Dunn, *on the brief*), New York Civil Liberties Union Foundation, New York, NY, as Amicus Curiae *for* Carol Williams Black, *Petitioner-Appellee*.

MARY ELLEN BRENNAN (Christopher Connolly, *on the brief*), Assistant U.S. Attorneys, Of Counsel, *for* Jay Clayton, U.S. Attorney for the Southern District of New York, *for Respondents-Appellants*.

In No. 22-70

JULIE DONA (Aadhithi Padmanabhan, Laura Kokotailo, *on the brief*), The Legal Aid Society, New York, NY; Estelle M. McKee, Fei Deng, Student Counsel, Jordyn Manly, Student Counsel, Emma Sprotbery, Student Counsel, *on the brief*, Asylum and Convention Against Torture Clinic, Cornell Law School, Ithaca, NY, *for* Keisy G.M., *Petitioner-Appellant*.

MARY ELLEN BRENNAN (Jessica F. Rosenbaum, Benjamin H. Torrance, *on the brief*), Assistant U.S. Attorneys, Of Counsel, *for* Jay Clayton, U.S. Attorney for the Southern District of New York, *for Respondents-Appellees*.

_____

[†] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Judith Almodovar—the current Acting Director of the New York Field Office of U.S. Customs and Immigration Enforcement—and Kristi Noem—the current Secretary of the U.S. Department of Homeland Security—are automatically substituted in the caption for their predecessors in office as respondents in No. 20-3224 and No. 22-70.   Pamela J. Bondi—the current United States Attorney General—is automatically substituted in the caption for her predecessor in that office as a respondent in No. 22-70.   The Clerk of Court is directed to amend the case caption to conform to the above.

Following disposition of this appeal on May 31, 2024, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

Raymond J. Lohier, Jr., *Circuit Judge*, joined by Eunice C. Lee, Beth Robinson, Myrna Pérez, Alison J. Nathan, Sarah A. L. Merriam, and Maria Araújo Kahn, *Circuit Judges*, concurs by opinion in the denial of rehearing *en banc*.

William J. Nardini, *Circuit Judge*, joined by Debra Ann Livingston, *Chief Judge*, Richard J. Sullivan, Michael H. Park, and Steven J. Menashi, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Steven J. Menashi, *Circuit Judge*, joined by Debra Ann Livingston, *Chief Judge*, Richard J. Sullivan, and Michael H. Park, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Denny Chin and Susan L. Carney, *Circuit Judges*, filed a statement with respect to the denial of rehearing *en banc*.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk